```
***   REC 2008273   112305 H61FD6B0m6A2N PGTROYAG1   PQAG    (F-GAP )  ***

TPQY    DTE:09/29/08  SSN:███-██-4348              DOC:629 UNIT:CEB    PG: 001
STATUS    MBR YES LOU-09/29 SSACCS NO  LOU-09/26 SSR YES LOU-04/02/97
INPUT SOCIAL SECURITY NUMBER  ███-██-4348     NAME  J WHITT      USER CODE CEB
TPQY CONFIDENTIAL SOCIAL SECURITY DATA - CLAIM NUMBER  ███-██-4348A
INDIVIDUALS OWN SOCIAL SECURITY NUMBER:  ███-██-4348
JANICE D WHITTSETTE FEMALE BORN:07/15/79  ENTITLED:06/1997
    ALVIN WHITTSETTE FOR    JANICE D WHITTSETTE
    PO BOX 576              MOUNDVILLE AL 35474
PAYMENT STATUS CODE: C -BENEFITS PAID
NET MONTHLY BENEFIT IF PAYABLE: $748.00
DUAL ENTITLEMENT NUMBER:  ███-██-2806C4
BENEFIT HISTORY:
  DATE:        GROSS BENEFIT:
  12/2007       $748.00  CREDITED
  09/2007       $731.00  CREDITED
MEDICARE DATA              ENTITLED    PREMIUM    BUY-IN CODE  START
HOSPITAL INSURANCE         06/1999
SUPPLEMENTAL INSURANCE     06/1999  $ 96.40        010       06/1999
DATE DISABILITY BEGAN: 01/1997
PART D PLAN NUMBER:  S5967149000
PART D PREM COLL METH TYP:   N   PART D PREM PAY START:  01/2008
PART D PREM STOP:                PART D PREM W/H:         $.00
PART D ENROLL PENALTY:         $.00    PART D BASE PREM:     $29.10
PART D SUB RED PREM AMT:     $29.10
PART D ENROLL PENALTY SUB BY CMS:        $.00
PART D SUPPLMNTL COVERAGE PREM:          $.00
INPUT SOCIAL SECURITY NUMBER ███-██-4348     NAME  J WHITT      USER CODE CEB
TPQY CONFIDENTIAL SUPPLEMENTAL SECURITY INCOME DATA ON ███-██-4348
   JANICE D WHITTSETTE FEMALE BORN:07/15/79 ELIGIBLE:03/1997
APPLICATION DATE: 03/12/1997 TYPE OF PERSON: DISABLED CHILD
CITIZEN/ALIEN CODE: A
MAILING ADDRESS:
ALVIN WHITTSETTE
FOR
JANICE D WHITTSETTE
P O BOX 576
MOUNDVILLE AL 35474 0576
MAILING ADDRESS:
ADDRESS UNKNOWN
NET CURRENT BENEFIT FOR 09/01/2008 - FED AMT:  $0.00 STATE AMT:   $0.00
PAYMENT HISTORY OF NET BENEFITS PAID:
DATE:         FEDERAL AMT:    STATE AMT:   TYPE OF PAYMENT:
11/01/2007    $    0.00       $    0.00    NONE MADE
09/01/2007    $    0.00       $    0.00    NONE MADE
PAYMENT STATUS CODE: T31 - TERMINATED BY SYSTEMS ACTION
          EFFECTIVE   11/2007
 DISABLED
***INFORMATION***
ANOTHER QUERY RESPONSE WILL BE GENERATED USING
DUAL ENTITLEMENT NUMBER: ███-██-2806 C4
INPUT SOCIAL SECURITY NUMBER 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    NAME  J WHITT     USER CODE CEB
***INFORMATION***
***D O REVIEW REQUIRED***
IDENTITY DISCREPANCY BETWEEN MBR & SSR:
   PERSONS NAME DISCREPANT
```

SOCIAL SECURITY ADMINISTRATION
This is an official verification of
Social Security and/or SSI benefits

Signature: B    Date: 0729